**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THE NATIONAL FEDERATION OF THE
BLIND, THE NATIONAL FEDERATION
OF THE BLIND OF FLORIDA,
KATHERYN DAVIS, JOHN DAVID
TOWNSEND, CHAD BUCKINS, PETER
CERULLO, AND RYAN MANN,**

        **Plaintiffs,**

**-vs-**                                                                                    **Case No. 6:05-cv-997-Orl-28DAB**

**VOLUSIA COUNTY, ANN McFALL, as
Supervisor of Elections of Volusia County,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANTS' MOTION TO STRIKE ANSWER AND AFFIRMATIVE DEFENSES AND RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION FILED BY ANN MCFALL IN HER INDIVIDUAL CAPACITY (Doc. No. 27)**
>
> **FILED:** **July 14, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that Doc. No. 22 is **STRICKEN**.

As the Court has explained in its Order entered on July 14, 2005, any appearance by Ann McFall in her individual capacity is as a non-party to the litigation. Doc. No. 29 at 4. Her individual

response to Plaintiffs' Motion for Preliminary Injunction has already been stricken.  Doc. No. 29.

McFall's individual Answer (Doc. No. 22) shall also be stricken.

    **DONE** and **ORDERED** in Orlando, Florida on August 3, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties